UNITED S. S. CO. et al. v. A. SCHILLING & CO.

(Circuit Court of Appeals, Ninth Circuit. October 3, 1910.)

No. 1,822.

Appeal from the District Court of the United States for the Northern District of California.

Suit in admiralty by A. Schilling & Co., a corporation, against the steamer Santa Rita, the United Steamship Company, claimant, and others. Decree for libelant, and claimant and others appeal. Affirmed.

Page, McCutchen & Knight, for appellants.
William Denman, for appellee.

Before GILBERT, ROSS, and MORROW, Circuit Judges.

MORROW, Circuit Judge. The facts in this case are substantially the same as in the case of United Steamship Co. v. Thomas Haskins and Max Schwabacher, 181 Fed. 962, and for the reasons stated in that case the decree of the District Court is affirmed.